UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:					Case Number 09-23581 JHW

Debtor: David J. & Wanda E. Allen

| Check Number | Creditor | Amount |
|---|---|---|
| 1697604 | National City Mortgage Corporation | 1344.90 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 19, 2010