| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| Mark A. Gittelman - Counsel <br> PNC Bank, National Association <br> 1600 Market Street - 28th floor <br> Philadelphia, PA 19103 <br> 215-585-8785 |

| | |
|---|---|
| IN THE MATTER OF <br> David J. & Wanda E. Allen, Debtor | CASE NO.: 09-23581 JHW <br> CHAPTER 13 <br> HEARING DATE: <br> JUDGE: Gloria M. Burns |

**ORDER DIRECTING PAYMENT OF FUNDS TO PNC BANK, NATIONAL ASSOCIATION**
**PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.***

The relief set forth on the following pages, numbered 1 through 2, is hereby ORDERED.

Page 2
Debtor: David J. & Wanda E. Allen,
Case No.: 09-23581 JHW
Caption of Order: **ORDER DIRECTING PAYMENT OF FUNDS TO PNC BANK, NATIONAL ASSOCIATION PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.***

**THIS MATTER,** having come before the Court by way of Motion for an Order Directing Payment of Funds to PNC Bank, National Association, by and through counsel, attorney, Mark A. Gittelman, Esquire appearing, and the Court having considered the pleadings filed in support of the relief requested, and having further considered objections, if any, to said relief, and good and sufficient notice of the Motion having been given, and good and sufficient cause appearing for entry of this Order, it is

**ORDERED,** that the Motion for an Order Directing Payment of Funds to the Claimant shall be and is hereby granted in all respects; and it is further

**ORDERED,** that the Clerk shall be and is hereby authorized and directed to tender payment of funds held in the registry of this Court payable to PNC Bank, National Association pursuant to 11 U.S.C. § 347 and sent to attorney-in-fact, PNC Bank, National Association, Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103 in the sum of no less than $2,218.48 for the benefit of and waiting request of the Claimant.